# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

TAMPA, FL Division

FILED
2013 MAY -6 PM 2:03
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

Antonio Alexander Fernandez Sr.

CIN #: 518060

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: _____
(To be supplied by Clerk's Office)

8:13cv1200T23 EAJ

v.

Dr. Frederick Epstein, MD
NPI #: 1760480204 - Doctor @
The Medical Center of Trinity
Dept of Med. Emergency +

& The LOL Co. Jail Medical Dept.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Land O'Lakes County Jail
    (Indicate the name and location)
    20101 Central Blvd - LOL, FL 34637

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:


A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

        Plaintiff(s): N/A

        Defendant(s): N/A

    2. Court (if federal court, name the district; if state court, name the county):

        N/A

    3. Docket Number: N/A

    4. Name of judge: N/A

    5. Briefly describe the facts and basis of the lawsuit: N/A

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        N/A

    7. Approximate filing date: N/A

    8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____NONE_____

IV.   PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

  A.   Name of Plaintiff: ANTONIO ALEXANDER FERNANDEZ SR.

       Mailing address: 7804 GRAND BLVD. PORT RICHEY, FL 34668
       APT# 56

  B.   Additional Plaintiffs: NONE

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

  C.   Defendant: DR. FREDERICK EPSTEIN

       Mailing Address: N/A


       Position: DOCTOR OF MEDICINE - MD

       Employed at: TRINITY MEDICAL CNTR - (9330 SR-54 TRINITY, FL 34655)

  D.   Defendant: NONE / OL CO. JAIL MEDICAL DEPT.

       Mailing Address: 20101 CENTRAL BLVD. LOL, FL 34637

DC 225 (Rev 2/2012)                              3

Position: Medical Dept.

Employed at: Lol Co. Jail facility & Det. Center.

E. Defendant: N/A

Mailing Address: _____

_____

Position: _____

Employed at: _____

F. Defendant: N/A

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: N/A

Mailing Address: _____

_____

Position: _____

Employed at: _____

V.  **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

① Medical Malpractice

② Releasing a patient while injured - inadequate Medical Treatment
   (415-1034)

③ Negligence   Medical Neglect, Hazardous Neglect
   (951-23)   Medical Attention, (843-21) Depriving Crime Victim of Med. Attention
   (Article #28 FSC Healthcare Services-, In Color with United States Constitution)

VI.  **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Dr. Frederick Epstein - MD. (NPI#): 1740480204. On the morning of 3/29/13 @ approx. 6:51 AM, @ The Medical Center of Trinity @ 9330 SR.54 Trinity, fl 34655, On that day I was arrested Because of being a passenger in a stolen truck that fled from police @ 90 MPH & crashed into an oncoming car/truck. I severely injured my lower & middle back along with my right shoulder & smacked my head against the door & no airbag deployed because the truck, (I presume) didn't have an active

air bag. Dr Epstein knew i was not medically cleared & he stated that I would have to further my medical follow ups & get a prescription from the jail because they would be my primary health care provider @ the time till I get released. He never wrote me an order to be seen or even contacted the jail for further info on my behalf. After I told the jail what the Dr. said they tried to say I was cleared, NO! That's wrong, he released me to be followed up by a physician @ the jail. See, the physician didn't do anything but give me Ibuprofin 600mg, which was only for 3-4 days. My body still hurts & I've exhausted the med. request forms & have not gotten a response. As of right now I've been incarcerated 13 1/2 days & have not been evaluated or seen by a doctor properly. It's hard for me to walk long distances & my right arm/shoulder loses feeling & becomes numb all the time. Also my back cramps & feels numb @ times (very often)

VII.  **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like to prosecute &,or, sue to the fullest

DC 225 (Rev 2/2012)                    6

extent of the law, due to Negligence & Malpractice on Both sides of the parties &

Thank you.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 10th day of April, 2013.

Antonio Alexander Fernandez Sr.

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, 20____.

*Still no cooperation! Attn: to whom it may concern they will not give me the medical requests I've written LOL Co. Jail refuses to give paperwork if they know you have a lawsuit & need help please!*

**Pasco Sheriff's Office**
**Detention Bureau**

# MEDICAL/MENTAL HEALTH REQUEST FORM

#4

## A MEDICAL REQUEST IS REQUIRED BEFORE SERVICES ARE RENDERED
## UNLESS THE SITUATION IS AN EMERGENCY

1. NO INMATE WILL BE DENIED HEALTH CARE FOR ANY REASON.

2. Inmates will be properly dressed when reporting to sick call and when receiving medications.

3. Inmates use of offensive language in the presence of the nurse will be subject to disciplinary action.

4. Medications will be dispensed between the hours of 0600-0800 and 1600-1800, or as ordered by the physician. Inmates receiving medications will report to their housing unit door when medication rounds are announced.

5. Medications must be taken in the presence of the nurse. Inmates will bring a cup of water, if needed, to take medication. Inmates refusing to take prescribed medications must sign a refusal of services form (PSO# 4-0126). All refusals will be reviewed by medical staff.

6. Misuse of medication will be subject to disciplinary action.

APR 16 09:55

7. Sick call is conducted daily. Clinic visits are scheduled by the nurse.

**DESCRIBE IN DETAIL YOUR MEDICAL PROBLEM:**

My Back, Neck & Right Shoulders' been hurting for weeks & I would like to please recieve some medical attention. Please & thank you.

**I AUTHORIZE THE PASCO COUNTY DETENTION FACILITY MEDICAL STAFF TO REMEDY OR EVALUATE THE ABOVE CONDITION OR CONDITIONS.**

Inmate Name: (print) Fernandez, Antonio        Housing Unit: B404
Inmate Signature: [signature]                   Date: 4/15/13

**FEES FOR MEDICAL SERVICES WILL BE DEDUCTED FROM YOUR INMATE COMMISSARY ACCOUNT.**

**MEDICAL USE ONLY:**

4-16-13 inmate was put up for review by provider. No further action required. /p

PSO# 40014 (Rev. 6/09)